JANE DOE v. CITY OF TRENTON.

November 16, 1976. Petition for certification granted. (See 143 *N. J. Super.* 128)

JESSE A. HOWLAND & SONS, INC. v.
THE BOROUGH OF FREEHOLD.

November 16, 1976. Petition for certification denied. (See 143 *N. J. Super.* 484)

DAVID YORKIN v. VOLVO DISTRIBUTING COMPANY.

November 16, 1976. Petition for certification denied. (See 143 *N. J. Super.* 474)

STATE OF NEW JERSEY v. TIMOTHY GROSSI.

November 16, 1976. Petition for certification denied.

RITA BURKE, ETC. v. FRANCIS CACACE, M.D.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES PATTERSON.

November 16, 1976. Petition for certification denied.